**Order filed December 6, 2022**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-22-00348-CV
———————————

### AL GIOVANNI A/K/A ALI YAZDCHI, Appellant

### V.

### BOXER PROPERTIES FINANCIAL AND CURO HARWIN LLC, Appellees

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1178386**

## O R D E R

Appellant's brief was due November 28, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.